**658**

Patricia GILLOOLY

v.

ELJAN CORP., a Corporation of New Jersey, Succasunna Realty Corp., a Corporation of New Jersey, Eli Gaynor and Janice Gaynor, d/b/a Triple Lake Ranch and Eli Gaynor and Janice Gaynor, Individually.

Eli Gaynor and Janice Gaynor, d/b/a Triple Lake Ranch and Eli Gaynor and Janice Gaynor, Individually, Appellants.

No. 15375.

United States Court of Appeals
Third Circuit.

Argued Dec. 13, 1965.

Decided Jan. 14, 1966.

Allan Maitlin, Newark, N. J. (Feuerstein & Sachs, Newark, N. J., on the brief), for appellants.

John A. Gleeson, Newark, N. J. (Mead, Gleeson, Hansen & Pantages, Newark, N. J., George P. Lacay, Newark, N. J., on the brief), for appellee.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

This case was fairly tried and properly submitted to the jury. We have carefully examined all of appellants' points for appeal. There is no error of any substance in the trial record.

The judgment of the district court will be affirmed.

ALUMINUM COMPANY OF AMERICA, a Corporation, Appellant,

v.

PREFERRED METAL PRODUCTS, a Corporation, Benjamin Hajduk and Genevieve Hajduk.

No. 15418.

United States Court of Appeals
Third Circuit.

Argued Dec. 16, 1965.

Decided Jan. 21, 1966.

Nathan Lavine, Philadelphia, Pa. (Adelman & Lavine, Philadelphia, Pa., Albert B. Melnik, Melnik, Tarter & Muller, Camden, N. J., on the brief), for appellant.

Frank E. Vittori, Camden, N. J., for appellees.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

From our independent examination of the trial record in this cause we are satisfied that the action of the trial court in setting aside the verdict in favor of the plaintiff and against defendant Genevieve Hajduk and ordering that judgment be entered in favor of said defendant was completely justified.

The judgment of the district court will be affirmed upon the opinion of Judge Cohen.